script reference of the basis upon which that application rests. *Joseph V. Cavanagh,* for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for defendants.

September 11, 1975.

M. P. No. 75-50. EASTERN SCRAP SERVICES, INC. *v.* WILLIAM HARTY *et al.* Petition for reargument denied. *Michael F. Horan,* for petitioner. *William J. George,* for respondents.

M. P. No. 75-151. THE NARRAGANSETT ELECTRIC COMPANY *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Petition of the New England Telephone and Telegraph Company and the American Telephone and Telegraph Company for leave to file a brief as amicus curiae is granted. *Tillinghast, Collins & Graham, Peter J. McGinn,* for The Narragansett Electric Company. *William J. McDonald, C. Duane Aldrich,* Boston, Mass., for New England Telephone and Telegraph Company. *Charles Ryan, Clark G. Redick,* New York, N.Y., for American Telephone and Telegraph Company. *Steptoe & Johnson,* Washington, D.C., amicus curiae. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.

M. P. No. 75-174. ROGER A. PERRON *v.* ZONING BOARD OF REVIEW OF THE TOWN OF BURRILLVILLE. Motion of petitioner to enlarge the record is granted without prejudice to the respondent's renewing its objections in its brief and at oral argument. *Samuel A. Olevson, Pucci & Goldin,* for petitioner. *Irving I. Zimmerman, Phillip Koutsogiane,* for respondent.

M. P. No. 75-191. KAREN MCDONALD *et al. v.* PETER BAUTE, M.D., *et al.* Petition for writ of certiorari denied without prejudice. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey,* for petitioners. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for respondents.